# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tupo Helu Latu (Layton) and Nursing Live In Home Health, Inc.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv427

North Carolina Medicaid/DMA, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/5/12 Order.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court